## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JASON HUNTER, SR.,**

     *Petitioner*,

v.                             **Case No.: 4:24cv119-MW/MAL**

**UNITED STATES MARSHAL'S**
**SERVICE, et al.,**

     *Respondents*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 16, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's amended petition under 28 U.S.C. § 2241, ECF No. 10, is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on October 7, 2024.**

                      **s/Mark E. Walker**_____
                      **Chief United States District Judge**